456 S.E.2d 308 (1995)
340 N.C. 257
TIPTON & YOUNG CONSTRUCTION CO., INC., Plaintiff,
v.
BLUE RIDGE STRUCTURE CO., and Balboa Insurance Company, Defendants.
BALBOA INSURANCE COMPANY, Third Party Plaintiff,
v.
J.B. FAGAN, Third Party Defendant.
No. 447PA94.
Supreme Court of North Carolina.
May 5, 1995.
Ronald C. True, Asheville, for plaintiff-appellant.
Waggoner, Hamrick, Hasty, Monteith and Kratt, by S. Dean Hamrick, Charlotte, for defendants-appellees Balboa Ins. Co.
PER CURIAM.
AFFIRMED.